Prob 35 (1/92)

ORIGINAL

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 1 9 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                             Criminal No. CR 00-00215DAE-04

KIM LE RICHARDSON, aka "Kimi"

On 8/17/2004, the above named was placed on supervised release for a period of 3 years years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release at this time, having served 24 months of supervision.

Respectfully submitted,

MARK T. NUGENT
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 14th day of September, 2006.

DAVID ALAN EZRA
U.S. District Judge